IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES | CASE NOS. CV03-00325 REJ LEK<br>CV03-00326 REJ KSC |
| LORENZO BACLAAN and NAOMI<br>BACLAAN, et al., | **DECLARATION OF COUNSEL** |
| Plaintiffs, | |
| vs. | |
| COMBUSTION ENGINEERING, INC., a<br>Delaware corporation, et al., | |
| Defendants. | |
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES | |
| GEORGE H. TORO and VIVIAN TORO,<br>et al., | |
| Plaintiffs, | |
| vs. | |
| COMBUSTION ENGINEERING, INC., a<br>Delaware corporation,et al., | |
| Defendants. | |

## **DECLARATION OF COUNSEL**

I, L. Richard DeRobertis, hereby declare pursuant to Circuit Rule 7(g), Rules of the Circuit Court of the State of Hawaii, as follows:

1. My name is L. Richard DeRobertis, and I am competent to testify and I have personal knowledge of the following facts, unless otherwise indicated.

2

2. I am an attorney with Galiher DeRobertis Ono, counsel for Plaintiffs in the above-entitled lawsuit.

3. Attached hereto and marked as Exhibit A is a true and correct copy of the Stipulation Regarding Trustee's First Omnibus Objection to Claims.

4. Attached hereto and marked as Exhibit B is a true and correct copy of the Trustee's First Omnibus Objection to Claims.

5. Attached hereto and marked as Exhibit C is a true and correct copy of 2001 "Minidom Policy" No. 1015-00.

6. Attached hereto and marked as Exhibit D is a true and correct copy of documents obtained from the Internet regarding Columbia Casualty Co.

7. Attached hereto and marked as Exhibit E is a true and correct copy of documents obtained from the Internet regarding Nutmeg Insurance Co.

8. Attached hereto and marked as Exhibit F is a true and correct copy of documents obtained from the Internet regarding St. Paul Surplus Lines Insurance Co.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February, 2006.

          /s/ L. Richard DeRobertis
L. RICHARD DeROBERTIS