**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1191 | Keolohi | Peter | |
| 1192 | Kerfoot | Ralph | P |
| 1193 | Kernan | Charles | B |
| 1194 | Kernan | Charles | BS |
| 1195 | Kihara | Harry | K |
| 1196 | Kihara | Harry | |
| 1197 | Kiili, Jr. | Joseph | |
| 1198 | Kim | Albert | CK |
| 1199 | Kim | Albert | YH |
| 1200 | Kim | Albert | |
| 1201 | Kim | Alfred | YH |
| 1202 | Kim | Bok | M |
| 1203 | Kim | Bok Man | |
| 1204 | Kim | Calvin | H |
| 1205 | Kim | Calvin | |
| 1206 | Kim | Clarence | K |
| 1207 | Kim | Clarence | KN |
| 1208 | Kim | Dai Kyu | |
| 1209 | Kim | Edward | B |
| 1210 | Kim | Edward | BK |
| 1211 | Kim | Edward | YC |
| 1212 | Kim | Francis | CK |
| 1213 | Kim | Francis | |
| 1214 | Kim | Harold | J |
| 1215 | Kim | Henry | HN |
| 1216 | Kim | Henry | KH |
| 1217 | Kim | Henry | |
| 1218 | Kim | Joseph | SU |
| 1219 | Kim | Joseph | |
| 1220 | Kim | Pedro | KS |
| 1221 | Kim | Peter | MY |
| 1222 | Kim | Stanley | S |
| 1223 | Kimble | John | D |
| 1224 | Kimoto | James | S |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|-----------|--------|
| 1225 | Kimoto | Robert | |
| 1226 | Kimseu | Carl | A |
| 1227 | Kin | C | |
| 1228 | Kino | George | M |
| 1229 | Kinseu | Carl | |
| 1230 | Kishinami | Robert | N |
| 1231 | Kishinami | Robert | |
| 1232 | Kitterman | Harry | L |
| 1233 | Kiyabu | Seiichi | |
| 1234 | Knight | Raymond | M |
| 1235 | Knisley | Everett | M |
| 1236 | Kobashigawa | Roy | |
| 1237 | Kobayashi | Takashi | |
| 1238 | Kobuke | Gary | |
| 1239 | Kodama | Arthur | |
| 1240 | Kodama | Arthur | S |
| 1241 | Kodama | Grant | T |
| 1242 | Kodama | Grant | |
| 1243 | Koenig | Nathan | |
| 1244 | Koide | Alan | M |
| 1245 | Kollars, Jr. | James | E |
| 1246 | Komenaga | Aketo | |
| 1247 | Kon | Robert | |
| 1248 | Kon | Samuel | M |
| 1249 | Kondo | Alfred | Y |
| 1250 | Kong | Harold | SC |
| 1251 | Kong | Job | |
| 1252 | Kong | Job (Mele) | |
| 1253 | Kong | Wallace | S |
| 1254 | Kong | Wallace | |
| 1255 | Kong, Jr. | Clarence | |
| 1256 | Kono | Robert | I |
| 1257 | Koszewnik | Joseph | |
| 1258 | Koyama | Takashi | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1259 | Koyanagi | Kiyomu | |
| 1260 | Kramer | Richard | |
| 1261 | Kramer | Richard | K |
| 1262 | Kromsten | Carl | |
| 1263 | Kuala | Eli | N |
| 1264 | Kuala | Eli | |
| 1265 | Kuba | James | H |
| 1266 | Kuba | James | |
| 1267 | Kubota | Herbert | M |
| 1268 | Kubota | Herbert | |
| 1269 | Kuchler | Paul | J |
| 1270 | Kuna | Basil | |
| 1271 | Kuon | Earl | D |
| 1272 | Kurihara | Frank | H |
| 1273 | Kuriki | Richard | M |
| 1274 | Kuroda | Shoji | |
| 1275 | Kurokawa | Mickey | M |
| 1276 | Kurokawa | Mickey | |
| 1277 | Kurooka | John | K |
| 1278 | Kurooka | John | |
| 1279 | Kurosu | Lance | S |
| 1280 | Kusuno | Charles | T |
| 1281 | Kuwabara | Junso | |
| 1282 | Kuwata | Robert | T |
| 1283 | Kuwata | Robert | |
| 1284 | Kuwazaki | Eddie | Y |
| 1285 | Kuwazaki | Eddie | |
| 1286 | Lacad | Arthur | |
| 1287 | Laconsay | Rudy | EG |
| 1288 | Laconsay | Rudy | |
| 1289 | Ladao | John | J |
| 1290 | Ladeira | Alexander | |
| 1291 | Lagapa | Cris | T |
| 1292 | Lagasca | Natalio | J |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|-----------|--------|
| 1293 | Lagosca | Natilio | |
| 1294 | Lai | Allyn | SK |
| 1295 | Lai | Arleigh | SN |
| 1296 | Lai | Arleigh | |
| 1297 | Lai | Harry | YC |
| 1298 | Lake | Frank | H |
| 1299 | Lake | Frank | |
| 1300 | Lanias | Terry | P |
| 1301 | Lapuente | Martin | |
| 1302 | Larioza | David | K |
| 1303 | Larose | Sidney | E |
| 1304 | Larose, Jr. | Sidney | E |
| 1305 | Lau | Ah Wah | |
| 1306 | Lau | Ah Wah (Wallace) | |
| 1307 | Lau | Albert | KL |
| 1308 | Lau | Albert | YN |
| 1309 | Lau | Albert | YS |
| 1310 | Lau | Albert | |
| 1311 | Lau | Alfred | KL |
| 1312 | Lau | Charles | BS |
| 1313 | Lau | Edward | |
| 1314 | Lau | Howard | CW |
| 1315 | Lau | Howard | |
| 1316 | Lau | Lawrence | |
| 1317 | Lau | Philip | Y |
| 1318 | Lau | Philip | |
| 1319 | Lau | Raymond | DK |
| 1320 | Lau | Raymond | |
| 1321 | Lau | Richard | |
| 1322 | Lau | Tim | |
| 1323 | Lau | Wilfred | |
| 1324 | Lau | Wilfred | DH |
| 1325 | Lau | William | J |
| 1326 | Lauriano, Jr. | Hercules | C |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1327 | Lauriano, Jr. | Hercules | |
| 1328 | Lavatai | Sani | |
| 1329 | Lazaro | Melecio | |
| 1330 | Lazaro, Sr. | Melecio | |
| 1331 | League | James | M |
| 1332 | Leao | Pinati | S |
| 1333 | Leao | Pitone | S |
| 1334 | Lebowitz | William | |
| 1335 | Lede | Ho | ILL |
| 1336 | Lederer | Patrick | AF |
| 1337 | Lederer | Patrick | |
| 1338 | Lederer, Jr. | Patrick | A |
| 1339 | Lederer, Jr. | Patrick | |
| 1340 | Ledesma | Rose | M |
| 1341 | Ledesma, Jr. | Francisco | |
| 1342 | Lee | Alfred | KS |
| 1343 | Lee | Benjamin | NK |
| 1344 | Lee | Chew | L |
| 1345 | Lee | Chew Lum | |
| 1346 | Lee | Fred | Q |
| 1347 | Lee | Fred | |
| 1348 | Lee | George | BK |
| 1349 | Lee | George | KO |
| 1350 | Lee | Henry | J |
| 1351 | Lee | Henry | P |
| 1352 | Lee | Henry | W |
| 1353 | Lee | Henry | |
| 1354 | Lee | Herbert | M |
| 1355 | Lee | Ho | III |
| 1356 | Lee | Hon | J |
| 1357 | Lee | Hon Jung | |
| 1358 | Lee | James | SW |
| 1359 | Lee | James | YH |
| 1360 | Lee | James | YL |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-----------|------------|--------|
| 1361 | Lee | James | |
| 1362 | Lee | Jenkin | HS |
| 1363 | Lee | Jenkin | KS |
| 1364 | Lee | Jerry | MH |
| 1365 | Lee | John | C |
| 1366 | Lee | John | CQ |
| 1367 | Lee | John | SP |
| 1368 | Lee | John | |
| 1369 | Lee | Joseph | K |
| 1370 | Lee | Kenneth | KM |
| 1371 | Lee | Kwai | Q |
| 1372 | Lee | Kwai | S |
| 1373 | Lee | Kwai | |
| 1374 | Lee | Kwai Quon | |
| 1375 | Lee | Kwai Sun | |
| 1376 | Lee | Kwok | C |
| 1377 | Lee | Morris | YS |
| 1378 | Lee | Morris | |
| 1379 | Lee | Raymond | CC |
| 1380 | Lee | Robert | CF |
| 1381 | Lee | Robert | |
| 1382 | Lee | Samson | S |
| 1383 | Lee | Samuel | CW |
| 1384 | Lee | Sau | T |
| 1385 | Lee | Sau Tim | |
| 1386 | Lee | Wai | C |
| 1387 | Lee | Wai Chew | |
| 1388 | Lee | William | N |
| 1389 | Lee | William | |
| 1390 | Lee, Jr. | Earl | I |
| 1391 | Lee-Kwai | Raymond | |
| 1392 | Lemon | Melville | L |
| 1393 | Lemon, Sr. | Melville | |
| 1394 | Len | Melvin | AF |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-------------|-------------|--------|
| 1395 | Leonard | Walter | |
| 1396 | Leonardi | Attilio | |
| 1397 | Leone | Joseph | |
| 1398 | Leong | Albert | KT |
| 1399 | Leong | Albert | |
| 1400 | Leong | Chew | H |
| 1401 | Leong | Edward | HF |
| 1402 | Leong | George | YO |
| 1403 | Leong | James | LS |
| 1404 | Leong | James | |
| 1405 | Leong | Ping | C |
| 1406 | Leong | Ping Chew | |
| 1407 | Leong | William | HF |
| 1408 | Leong | William | |
| 1409 | Leopold | Vernon | |
| 1410 | Leota | Peter | P |
| 1411 | Leslie | Frederick | L |
| 1412 | Lessary, Jr. | John | |
| 1413 | Leveille | Dale | J |
| 1414 | Lewellyn | Raymond | T |
| 1415 | Lewellyn | Raymond | |
| 1416 | Lewis | Devering | K |
| 1417 | Lewis | Severing | K |
| 1418 | Liboy, Sr. | Ruditt | S |
| 1419 | Like | Edward | |
| 1420 | Lim | Elwood | Y |
| 1421 | Lim | Elwood | YS |
| 1422 | Lim | James | N |
| 1423 | Lim | Paul | B |
| 1424 | Lim | Paul | BS |
| 1425 | Lim | Philip | |
| 1426 | Lin Kee | George | |
| 1427 | Lincoln, Sr. | Lionel | C |
| 1428 | Lincoln, Sr. | Lionel | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|---|---|---|---|
| 1429 | Ling | Carl | YS |
| 1430 | Ling | Richard | K |
| 1431 | Linker | George | |
| 1432 | Little | John | D |
| 1433 | Little, Sr. | John | D |
| 1434 | Liu | Joel | K |
| 1435 | Liu | Joel | Kui Kong |
| 1436 | Liu | Raymond | |
| 1437 | Livingston | David | |
| 1438 | Lo | Daniel | KL |
| 1439 | Lo | Daniel | Kung Lung |
| 1440 | Lo | Raymond | KT |
| 1441 | Lo | Walter | K |
| 1442 | Locke | Richard | J |
| 1443 | Lohman | Melvin | H |
| 1444 | Longboy | Noe | B |
| 1445 | Longboy | Noe | |
| 1446 | Lono | Stephen | |
| 1447 | Lopes | Anthony | A |
| 1448 | Lopes | Frank | J |
| 1449 | Lopes, Sr. | Frank | J |
| 1450 | Lopez | Anthony | |
| 1451 | Lopez | Augustine | M |
| 1452 | Lopez | Augustine | |
| 1453 | Lopez | Charles | H |
| 1454 | Lopez | Edward | |
| 1455 | Lopez | John | |
| 1456 | Lopez | Manuel | M |
| 1457 | Lopez | Manuel | |
| 1458 | Lopez, Jr. | Antonio | |
| 1459 | Lopez, Jr. | Manuel | |
| 1460 | Low | Francis | L |
| 1461 | Low | Rex | YC |
| 1462 | Low | Rex | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1463 | Lucrisia | William | C |
| 1464 | Ludwig | Harry | E |
| 1465 | Lui | Joseph | |
| 1466 | Lum | Albert | W |
| 1467 | Lum | Albert | WC |
| 1468 | Lum | Alfred | KK |
| 1469 | Lum | Alfred | |
| 1470 | Lum | Benjamin | B |
| 1471 | Lum | Benjamin | Y |
| 1472 | Lum | Benson | B |
| 1473 | Lum | Buck Wing | |
| 1474 | Lum | Bung Kwai | |
| 1475 | Lum | Eddie | W |
| 1476 | Lum | Eddie | WS |
| 1477 | Lum | Edwin | HC |
| 1478 | Lum | Edwin | F |
| 1479 | Lum | Freddie | BH |
| 1480 | Lum | Freddie | |
| 1481 | Lum | Goon Moon | |
| 1482 | Lum | Harold | T |
| 1483 | Lum | Harold | TL |
| 1484 | Lum | Henry | K |
| 1485 | Lum | Henry Kong | |
| 1486 | Lum | Hung Yun | |
| 1487 | Lum | Joe | D |
| 1488 | Lum | Norman B.Y. | BY |
| 1489 | Lum | Stuart | HW |
| 1490 | Lum | Thomas | W |
| 1491 | Lum | Benjamin | YK |
| 1492 | Lum, Jr. | Richard | K |
| 1493 | Lum, Jr. | Richard | KY |
| 1494 | Luna | James | |
| 1495 | Lunardini | Walter | H |
| 1496 | Lunde | Raymond | P |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-----------|------------|--------|
| 1497 | Lutz | Henry | E |
| 1498 | Lyu | Isaac | FT |
| 1499 | Lyu | Isaac | |
| 1500 | Macguyer | Richard | A |
| 1501 | Macguyer | Richard | |
| 1502 | Machado | Peter | |
| 1503 | Machado | William | W |
| 1504 | Machado | William | |
| 1505 | Mactagone | Philip | B |
| 1506 | Mactagone | Philip | |
| 1507 | Madrona | Bernard | L |
| 1508 | Madrona | Bernard | |
| 1509 | Maeda | Hiroshi | |
| 1510 | Maesaka | Katsuyoshi | |
| 1511 | Magarifuji | Hisao | |
| 1512 | Maghanoy | Rocky | |
| 1513 | Maghonoy | Nemecio | |
| 1514 | Magsanay | Antonino | A |
| 1515 | Magsanay | Antonio | |
| 1516 | Mahelona | Nathanael | S |
| 1517 | Mahelona | Nathaniel | |
| 1518 | Mahoe | Allen | K |
| 1519 | Mahuka | Moses | N |
| 1520 | Maii | Samuel | K |
| 1521 | Makaena | Paul | H |
| 1522 | Maki | Maruo | |
| 1523 | Makilan | John | C |
| 1524 | Makishima | Donald | |
| 1525 | Makue | Alice | |
| 1526 | Makue | Alice | A |
| 1527 | Malae | Pita | |
| 1528 | Malaia | Bernard | A |
| 1529 | Malina | William | K |
| 1530 | Malmgren | Tage | L |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|-----------|--------|
| 1531 | Malzman | Morris | |
| 1532 | Man | Ah Hop | |
| 1533 | Man | Ah You | |
| 1534 | Manabe | Edward | M |
| 1535 | Mansanas | Eddie | H |
| 1536 | Manthei | Robert | J |
| 1537 | Manuel | Macario | T |
| 1538 | Manuel | Macario | |
| 1539 | Manuia | Solomon | |
| 1540 | Mao | Naseri | |
| 1541 | Mao | Sopoaga | F |
| 1542 | Mao | Sopoaga | |
| 1543 | Marcello | Reynold | |
| 1544 | Marcello | Wendell | R |
| 1545 | Marcos | Mark | B |
| 1546 | Marcos | Timotea | M |
| 1547 | Marcus | Mark | |
| 1548 | Mariani | John | |
| 1549 | Mariani, Jr. | John | B |
| 1550 | Marich | Milan | |
| 1551 | Markham | Clarence | |
| 1552 | Marshall | Richard | L |
| 1553 | Marshall | Richard | |
| 1554 | Martin | Anthony | P |
| 1555 | Martin | Anthony | |
| 1556 | Martin | Aurelio | |
| 1557 | Martin | John | P |
| 1558 | Martin | Joseph | F |
| 1559 | Martin | William | L |
| 1560 | Martinez | Ronald | |
| 1561 | Masatsugu | Nobouchi | |
| 1562 | Mascoto | Manuel | |
| 1563 | Mascoto, Jr. | Manuel | |
| 1564 | Masuda | Wallace | Y |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|------------|------------|--------|
| 1565 | Matsuda | James | S |
| 1566 | Matsuda | Kenneth | M |
| 1567 | Matsumoto | Albert | M |
| 1568 | Matsumoto | Gary | T |
| 1569 | Matsumoto | Miles | |
| 1570 | Matsumoto | Neal | H |
| 1571 | Matsumura | Yoshito | |
| 1572 | Matsunaka | Sasao | |
| 1573 | Matsuo | Yoshikazu | |
| 1574 | Matsushima | Richard | I |
| 1575 | Matsushima | Richard | |
| 1576 | Matsushima | Walter | M |
| 1577 | Mattos | Clifford | T |
| 1578 | Mau | Chester | Y |
| 1579 | Mau | Chester | |
| 1580 | Mau | Clarence | WB |
| 1581 | Mau | Clifford | |
| 1582 | Mau | James | O |
| 1583 | Mau | Richard | |
| 1584 | Maule | Daniel | A |
| 1585 | Maurice | George | S |
| 1586 | Maurice | George | |
| 1587 | Mauricio | Severino | F |
| 1588 | McCabe | Raymond | K |
| 1589 | McCabe, Sr. | Stephen | K |
| 1590 | McGarry | Paul | |
| 1591 | Mcgregor | Gordon | B |
| 1592 | Mcgregor | Gordon | Borg |
| 1593 | Mclean | George | |
| 1594 | McShane | Edward | |
| 1595 | Mcshane | Edward | F |
| 1596 | Meacham | Herschel | C |
| 1597 | Medeiros | Lawrence | P |
| 1598 | Medeiros | Lawrence | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1599 | Medeiros | Morris | C |
| 1600 | Medeiros | Robert | M |
| 1601 | Medeiros | Robert | |
| 1602 | Meecham | Merchsel | |
| 1603 | Melchor | Geronimo | S |
| 1604 | Melgar | Julio | T |
| 1605 | Melgar | Julio | |
| 1606 | Mendes | Thomas | F |
| 1607 | Mendes | Thomas | |
| 1608 | Mendes, Jr. | John | |
| 1609 | Mendez | Richard | G |
| 1610 | Mendonca | George | |
| 1611 | Mendoza | Dwayne | |
| 1612 | Mendoza | Pantaleon | |
| 1613 | Menor | Dino | A. |
| 1614 | Menor | Dino | |
| 1615 | Mesina | Dioscoro | |
| 1616 | Mew | Richard | YH |
| 1617 | Mew | Richard | |
| 1618 | Middleton | Wayne | L |
| 1619 | Midro | Richard | M |
| 1620 | Migita | Ronald | Y |
| 1621 | Miguel | Benigno | B |
| 1622 | Miguel | Benigno | |
| 1623 | Miguel | Dionisio | |
| 1624 | Miguel | Dorothy | K |
| 1625 | Miguel | Ernesto | M |
| 1626 | Miguel | Leopoldo | |
| 1627 | Miguel | Stephen | |
| 1628 | Mikalonis | Frank | E |
| 1629 | Mikalonis | Frank | Edward |
| 1630 | Milikaa | David | |
| 1631 | Miller | Paul | W |
| 1632 | Minagawa | Kenneth | M |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1633 | Minagawa | Kenneth | |
| 1634 | Minoza | Gervasio | A |
| 1635 | Minoza | Gervasio | |
| 1636 | Miral | Silverio | |
| 1637 | Miranda, Jr. | Jesse | |
| 1638 | Miyake | Paul | S |
| 1639 | Miyaki | Kenji | |
| 1640 | Miyamura | Masao | |
| 1641 | Miyano | Mitsuo | |
| 1642 | Miyasato | Grover | K |
| 1643 | Miyasato | Harry | K |
| 1644 | Miyasato | James | I |
| 1645 | Miyasato | Robert | S |
| 1646 | Miyasato | Robert | |
| 1647 | Miyashiro | Richard | Y |
| 1648 | Miyashiro | Wallace | |
| 1649 | Miyashiro | Warren | S |
| 1650 | Mizumoto | Harold | S |
| 1651 | Mizumoto | Harold | |
| 1652 | Mizushima | G | |
| 1653 | Mizushima | George | M |
| 1654 | Mizuta | Richard | |
| 1655 | Mochizuki | Kay | M |
| 1656 | Mochizuki | Koji | |
| 1657 | Mock | Edmund | O |
| 1658 | Momoa | John | M |
| 1659 | Momon | Relford | |
| 1660 | Monderen | Toledo | |
| 1661 | Moniz | Albert | |
| 1662 | Moniz | Albert | |
| 1663 | Moniz | Henry | J |
| 1664 | Moniz | Henry | Joseph |
| 1665 | Moniz | John | A |
| 1666 | Moniz | John | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1667 | Moniz | Joseph | D |
| 1668 | Moniz | Theodore | |
| 1669 | Montalbo | Tillio | R |
| 1670 | Montalbo | Tillio | |
| 1671 | Montero | Lawrence | |
| 1672 | Montiho | Rodine | |
| 1673 | Montrie | Roger | |
| 1674 | Mookini | Clifford | |
| 1675 | Mookini, Sr. | Clifford | H |
| 1676 | Moon | Richard | YD |
| 1677 | Moon | Thomas | DK |
| 1678 | Moon | Thomas | |
| 1679 | Mopas | Victoriano | M |
| 1680 | Mopas | Victoriano | |
| 1681 | Morales | Abraham | B |
| 1682 | Morales | Abraham | |
| 1683 | Morales | Anatalio | C |
| 1684 | Moreira | Daniel | |
| 1685 | Moreira | Gilbert | J |
| 1686 | Mori | Torao | |
| 1687 | Morihara | Glenn | |
| 1688 | Morikawa | Eito | |
| 1689 | Morikawa | Isamu | |
| 1690 | Morillo | Jose | J |
| 1691 | Morimoto | Allan | I |
| 1692 | Morioka | Daniel | I |
| 1693 | Morioka | Daniel | |
| 1694 | Morisako | Fred | S |
| 1695 | Morisako | Fred | Seiji |
| 1696 | Morita | Haruo | |
| 1697 | Morita | Rodney | Y. |
| 1698 | Morita | Rodney | |
| 1699 | Moriwaki | Clifford | H. |
| 1700 | Moriwaki | Clifford | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1701 | Moromisato | Richard | Y |
| 1702 | Moromisato | Richard | |
| 1703 | Morse | Jerry | A |
| 1704 | Morte | Lawrence | F |
| 1705 | Morte | Lawrence | |
| 1706 | Mortia | Rodney | |
| 1707 | Mossman | William | A |
| 1708 | Motonaga | Jeffrey | M |
| 1709 | Motonaga | Jeffrey | |
| 1710 | Mouchi | Michael | M |
| 1711 | Mow | Teong | C |
| 1712 | Mow | Teong Chin | |
| 1713 | Mukai | Akira | |
| 1714 | Mulligan | John | J |
| 1715 | Mulligan | John | |
| 1716 | Mun | Rueben | |
| 1717 | Murakami | Hiromitsu | |
| 1718 | Murakami | Takeshi | |
| 1719 | Murata | Yurio | |
| 1720 | Murphy | Michael | J |
| 1721 | Nabalta | Alfred | |
| 1722 | Nacknack | Franklin | S |
| 1723 | Nacnac | Franklin | S |
| 1724 | Nagamine | James | |
| 1725 | Nagamine | Paul | T |
| 1726 | Nagamine | Paul | |
| 1727 | Nagamine | Yasumasa | |
| 1728 | Nago | Kosei | |
| 1729 | Nakagawara | Masami | |
| 1730 | Nakagawara | Masmia | |
| 1731 | Nakama | Stanley | H |
| 1732 | Nakamura | Bruce | K |
| 1733 | Nakamura | Calvin | |
| 1734 | Nakamura | Charles | M |

Name of Debtor: Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-----------|------------|--------|
| 1735 | Nakamura | Charles | |
| 1736 | Nakamura | Masao | |
| 1737 | Nakamura | Raymond | |
| 1738 | Nakamura | Robert | H |
| 1739 | Nakanishi | Tetsuo | |
| 1740 | Nakapaahu | Luther | |
| 1741 | Nakashima | George | K |
| 1742 | Nakashima | Isao | |
| 1743 | Nakashima | Isao | |
| 1744 | Nakashima | Thomas | S |
| 1745 | Nakashima | Thomas | |
| 1746 | Nakasone | Warren | S |
| 1747 | Nakata | Clark | S |
| 1748 | Nakata | Lester | |
| 1749 | Nakata | Lester | C |
| 1750 | Nakayama | Roy | S |
| 1751 | Nakayama | Shizuo | |
| 1752 | Nakayama | Toru | |
| 1753 | Nakila | Joseph | K |
| 1754 | Nakila | Joseph | |
| 1755 | Naleieha | William | D |
| 1756 | Napier | Walter | C |
| 1757 | Natividad | Leonard | B |
| 1758 | Natividad | Leonard | |
| 1759 | Navarro | Angel | L |
| 1760 | Navarro | Evelino | A |
| 1761 | Navarro | Evelino | AL |
| 1762 | Nazarchyk | Pete | G |
| 1763 | Nazarchyk | Peter | G |
| 1764 | Nazarino | Peter | F |
| 1765 | Nehl | Leonard | J |
| 1766 | Nekoishi | Susumu | |
| 1767 | New | Benjamin | FC |
| 1768 | New | Benjamin | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1769 | Ng | Chung Fat | |
| 1770 | Ng | Henry | CH |
| 1771 | Ng | Henry | |
| 1772 | Ng | James | KW |
| 1773 | Ng | James | |
| 1774 | Ng | Joe | |
| 1775 | Ng | Kam | |
| 1776 | Ng | Kam Young | |
| 1777 | Niino | George | |
| 1778 | Nikaido | Nelson | T |
| 1779 | Nikaido | Nelson | |
| 1780 | Nip | Charles | KH |
| 1781 | Nip | Stanley | HW |
| 1782 | Nipp, Jr. | William | |
| 1783 | Nishi | Robert | S |
| 1784 | Nishihira | Dennis | M |
| 1785 | Nishimura | Shigeto | |
| 1786 | Nishiyama | Rudy | K |
| 1787 | Nishiyama | Rudy | |
| 1788 | Nobrega | James | |
| 1789 | Nobriga | Tristan | D |
| 1790 | Nobriga | Tristan | |
| 1791 | Noh | Edwin | CS |
| 1792 | Nojima | Walter | T |
| 1793 | Nojima | Walter | |
| 1794 | Nomines | Maximo | |
| 1795 | Nominyama | George | |
| 1796 | Nomiyama | George | A |
| 1797 | Nomura | William | T |
| 1798 | Nonaka | Francis | T |
| 1799 | Nonaka | Francis | |
| 1800 | Nonies, Sr. | Maximo | |
| 1801 | Normand | Gerard | P |
| 1802 | Nortrangelo | James | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1803 | Notrangelo | James | |
| 1804 | Nouchi | Michael | H |
| 1805 | Nouchi | Neal | T |
| 1806 | Nouchi, Jr. | Charles | T |
| 1807 | Nouchi, Jr. | Charles | |
| 1808 | Nouchi, Jr. | Neal | T |
| 1809 | Nuesca | Alfred | |
| 1810 | Nunes | Juanita | E |
| 1811 | Nunes | Lawrence | J |
| 1812 | Nunotani | Sherwood | M |
| 1813 | Oba | Dennis | A |
| 1814 | Oba | Dennis | N |
| 1815 | O'Binger | John | J |
| 1816 | Ochiai | Herbert | H |
| 1817 | Ochiai | Herbert | |
| 1818 | Ogasawara | Henry | S |
| 1819 | Ogasawara | Henry | Shunichi |
| 1820 | Ogata | Asao | |
| 1821 | Ogawa | Masao | |
| 1822 | Ogden | Edward | |
| 1823 | Ogen | Edward | |
| 1824 | Oh | Charles | SS |
| 1825 | Oh | Daniel | CH |
| 1826 | Oh | Daniel | |
| 1827 | Ojiri | Hubert | M |
| 1828 | Oka | Mamoru | |
| 1829 | Okada | Masayuki | |
| 1830 | Okamoto | Masataka | |
| 1831 | Okamura | Wallace | I |
| 1832 | Okamura | Wallace | |
| 1833 | Okaneku | Kenichi | |
| 1834 | Okaneku | Ward | |
| 1835 | Okazaki | Donald | T |
| 1836 | Okazaki | Donald | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-----------|------------|--------|
| 1837 | Okinaka | Thomas | M |
| 1838 | Okinaka | Thomas | |
| 1839 | Okuma | Katsutaro | |
| 1840 | Okumura | Guy | J |
| 1841 | Okumura | Guy | |
| 1842 | Okuno | Tod | W |
| 1843 | Okura | Atsushi | |
| 1844 | Olandi | John | H |
| 1845 | Olandy | John | U |
| 1846 | Olipares | Micolas | P |
| 1847 | Oliveira | Arthur | C |
| 1848 | Oliver | Kenneth | C |
| 1849 | Oliver | Peggy | J |
| 1850 | Olsen | Harry | |
| 1851 | Olsen | Hiram | K |
| 1852 | Olsen | Hiram | |
| 1853 | Omine | Robert | T |
| 1854 | Omine | Robert | |
| 1855 | Onay | Tony | R |
| 1856 | Onay | Tony | |
| 1857 | Onishi | Henry | K |
| 1858 | Ono | Yoji | |
| 1859 | Ontai | Halley | |
| 1860 | Ontimara | Policarpio | |
| 1861 | Opunui | Willard | |
| 1862 | Opunui | Williard | |
| 1863 | Ormita | Remegio | P |
| 1864 | Orr | Ronald | P |
| 1865 | Orr | Ronald | |
| 1866 | Orso | Zena | C |
| 1867 | Orso | Zeno | C |
| 1868 | Orta | Raymond | |
| 1869 | Orta, Jr. | Raymond | |
| 1870 | Ortiz | Ajenol | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|------|------------|-------------|--------|
| 1871 | Ortiz | Claude | M |
| 1872 | Ortiz | Gilbert | M |
| 1873 | Ortiz | Gilbert | |
| 1874 | Ortiz, Sr. | John | |
| 1875 | Oshiro | David | |
| 1876 | Oshiro | David | J |
| 1877 | Oshiro | Roy | |
| 1878 | Oshiro | Seichi | |
| 1879 | Oshiro | Seicni | |
| 1880 | Oshiro | Yoshinobu | |
| 1881 | Oshita | Clarence | T |
| 1882 | Ostermeyer | Edwin | J |
| 1883 | Ostermeyer | Edwin | |
| 1884 | Ota | Herbert | T |
| 1885 | Otani | Thomas | T |
| 1886 | Otsuka | Horace | H |
| 1887 | Oue | William | Y |
| 1888 | Owens | Edward | G |
| 1889 | Owens | Edward | |
| 1890 | Owens | Gertrude | K |
| 1891 | Paaluhi, Sr. | David | |
| 1892 | Pacarro | Lawrence | |
| 1893 | Pacatan | Thesphilo | C |
| 1894 | Pacheco | Leonard | |
| 1895 | Pacheco, Jr. | George | |
| 1896 | Pacheco, Jr. | Joseph | M |
| 1897 | Pacleb, Sr. | Daniel | L |
| 1898 | Pacleb, Sr. | Daniel | |
| 1899 | Padilla | Domingo | S |
| 1900 | Padilla | Mateo | |
| 1901 | Pagaduan | Elvis | |
| 1902 | Pagan | Ralph | E |
| 1903 | Pagan | Ralph | |
| 1904 | Pagan, Sr. | Alexander | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-------------|-------------|--------|
| 1905 | Paglinawan | Molan | |
| 1906 | Paglinawan | Nolan | |
| 1907 | Pagnotta | Mark | |
| 1908 | Pagnotta | Mark | A |
| 1909 | Paguirigan | Elpidio | |
| 1910 | Paguirigan | Elpido | T |
| 1911 | Paguirigan | Gregiorio | |
| 1912 | Paguirigan | Gregorio | P |
| 1913 | Paikai | James | |
| 1914 | Paikai, Sr. | James | K |
| 1915 | Pakele | William | |
| 1916 | Palacat | Robert | R |
| 1917 | Palacat | Robert | |
| 1918 | Palafox | Conrad | V |
| 1919 | Palahang | Antonio | |
| 1920 | Palakiko | Frank | K |
| 1921 | Palmeira | Alfred | |
| 1922 | Palmer, Jr. | Chester | H |
| 1923 | Pancho | Philip | |
| 1924 | Pang | Albert | KM |
| 1925 | Pang | Albert | YL |
| 1926 | Pang | Albert | |
| 1927 | Pang | George | AP |
| 1928 | Pang | Kim | L |
| 1929 | Pang | Kin | L |
| 1930 | Pang | Raymond | BS |
| 1931 | Pang | Richard | KM |
| 1932 | Pang | Richard | |
| 1933 | Pang | Thomas | TS |
| 1934 | Pang | Thomas | |
| 1935 | Pang | William | K |
| 1936 | Pang, Jr. | Richard | HS |
| 1937 | Paniani | Ioelu | |
| 1938 | Pao | Santos | G |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1939 | Pao | Santos | |
| 1940 | Papke | David | A |
| 1941 | Paracuelles | Rosario | C |
| 1942 | Paracuelles | Rosario | |
| 1943 | Parages | Alexander | R |
| 1944 | Parages | Alexander | |
| 1945 | Parayno | Leandro | M |
| 1946 | Park | Chang Han | |
| 1947 | Park | William | KB |
| 1948 | Parker | Douglas | |
| 1949 | Parker | S. Douglas | |
| 1950 | Parker | William | R |
| 1951 | Parker | Willis | L |
| 1952 | Parker, Jr. | Willis | L |
| 1953 | Partika | Harry | |
| 1954 | Paruginog, Jr. | Victor | A |
| 1955 | Pasco | Ronald | |
| 1956 | Pascual | Benigno | |
| 1957 | Pascual | Roger | B |
| 1958 | Pascual | Roger | |
| 1959 | Pascual, Sr. | Dionicio | S |
| 1960 | Paselio | Avaolagi | |
| 1961 | Pasion | Rodrigo | P |
| 1962 | Pasion | Rodrigo | |
| 1963 | Pearson | Kermit | E |
| 1964 | Pelletier | Roger | P |
| 1965 | Penn | Lawrence | J |
| 1966 | Penn | Lawrence | |
| 1967 | Pereira | Albert | |
| 1968 | Perez | Gregorio | |
| 1969 | Perez | William | B |
| 1970 | Perez | William | |
| 1971 | Perreira | George | |
| 1972 | Perry | Francis | |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 1973 | Perry | Sydney | |
| 1974 | Peter | Gilbert | D |
| 1975 | Peter | Gilbert | |
| 1976 | Peters | Samuel | K |
| 1977 | Peters, Jr. | Edward | K |
| 1978 | Phillips | William | |
| 1979 | Piedvache | Emile | |
| 1980 | Pierre | Ashley | W |
| 1981 | Pierre | Ashley | |
| 1982 | Pilien | Roy | P |
| 1983 | Pilien | Roy | |
| 1984 | Pimento | William | |
| 1985 | Pischotta | Victor | S |
| 1986 | Pisciotta, Sr. | Victor | S |
| 1987 | Plunkett | Robert | |
| 1988 | Plunkett, Jr. | Robert | |
| 1989 | Policar | Phil | L |
| 1990 | Ponce | Francis | |
| 1991 | Pong | Ernest | DS |
| 1992 | Pong | Ernest | |
| 1993 | Popa | Constantino | |
| 1994 | Potter | Leland | H |
| 1995 | Powell | Hony | E |
| 1996 | Powell | Hony | Edward |
| 1997 | Powers | Michael | E |
| 1998 | Preece | Clyde | |
| 1999 | Pregana | Harry | S |
| 2000 | Pregana | Raymond | S |
| 2001 | Pregil | John | |
| 2002 | Pregil, Sr. | John | |
| 2003 | Pregill | Edwin | |
| 2004 | Preston | Darrell | E |
| 2005 | Prior | Jerome | M |
| 2006 | Prudeaux | George | J |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2007 | Puana | Reginald | K |
| 2008 | Puana | Reginald | |
| 2009 | Puleo | Stephen | J |
| 2010 | Quevido | Ernest | |
| 2011 | Quiban | Pablo | T |
| 2012 | Quintana | Peter | S |
| 2013 | Quinto | Dionicio | E |
| 2014 | Rabago | Ernesto | D |
| 2015 | Rabago | Ernesto | |
| 2016 | Rabago | Rafael | S |
| 2017 | Rabe | Alfred | |
| 2018 | Racelo | Bill | C |
| 2019 | Racoma | Alfred | |
| 2020 | Racoma | Rocky | J |
| 2021 | Racoma | Rocky | |
| 2022 | Raines | Wallace | S |
| 2023 | Ramos | Porcopio | |
| 2024 | Ramos | Roman | |
| 2025 | Ramsey | Elmer | E |
| 2026 | Randles | Dale | |
| 2027 | Reese | Harry | |
| 2028 | Reese | Wallace | A |
| 2029 | Reid | Raymond | |
| 2030 | Reilly | Charles | W |
| 2031 | Remular | Esteban | R |
| 2032 | Remular | Esteban | |
| 2033 | Renio | Richard | C |
| 2034 | Renio | Richard | D |
| 2035 | Restivo | Angelo | J |
| 2036 | Reston | Elmer | |
| 2037 | Reyes | Miguel | |
| 2038 | Reyes, Jr. | Joseph | |
| 2039 | Reyes, Jr. | Miguel | |
| 2040 | Reynolds | Elzie | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|-----------|--------|
| 2041 | Rezentes, Sr. | Manuel | G |
| 2042 | Rezentes, Sr. | Manuel | |
| 2043 | Riber | Alan | D |
| 2044 | Ricks | Esther | |
| 2045 | Ricks | Troy | G |
| 2046 | Rico | Robert | |
| 2047 | Rico | Ronald | |
| 2048 | Rivera | Leonicio | |
| 2049 | Robello | Antone | |
| 2050 | Robello | George | |
| 2051 | Robertson, Sr. | Carl | S |
| 2052 | Robinson | John | |
| 2053 | Robinson, Jr. | John | |
| 2054 | Robley, Jr. | Caesar | V |
| 2055 | Robley, Jr. | Ceasar | |
| 2056 | Rodin | Fred | M |
| 2057 | Rodin | Fred | S |
| 2058 | Rodrigues | August | M |
| 2059 | Rodrigues | Earl | J |
| 2060 | Rodrigues | Edward | A |
| 2061 | Rodrigues | Frank | S |
| 2062 | Rodrigues | Manuel | |
| 2063 | Rodrigues | Mickey | P |
| 2064 | Rodriguez | Earl | J |
| 2065 | Roldan | Cayetano | C |
| 2066 | Roldan | Cayetano | |
| 2067 | Roman | August | |
| 2068 | Roman | David | R |
| 2069 | Roman | David | |
| 2070 | Roman | Roderick | P |
| 2071 | Rondon | Primitivo | D |
| 2072 | Ronquillo | Graciano | |
| 2073 | Rosado | Peter | R |
| 2074 | Rosado | Peter | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2075 | Royle | Lorenzo | |
| 2076 | Rubio | Diosdad | |
| 2077 | Rubio | Diosdado | B |
| 2078 | Rufo | Eugenio | B |
| 2079 | Ruizo | Cesario | J |
| 2080 | Rulloda | Raymond | |
| 2081 | Rulloda | Raymondo | |
| 2082 | Rutkowski, Jr. | Joseph | D |
| 2083 | Sabagala | Alvin | P |
| 2084 | Sabagala | Jean | |
| 2085 | Sabagala | Juan | A |
| 2086 | Saffery, Jr. | Wallace | A |
| 2087 | Sagon | Ronald | M |
| 2088 | Sagon | Ronald | Michael |
| 2089 | Sagpang | Victor | |
| 2090 | Sagum | Marvin | |
| 2091 | Saifoloi | Selau | |
| 2092 | Saito | Susumu | |
| 2093 | Sakaida | Richard | I |
| 2094 | Sakamoto | Ernest | Y |
| 2095 | Sakamoto | Wallace | K |
| 2096 | Sakamoto | Wallace | |
| 2097 | Sakaue | Kiyoji | |
| 2098 | Sakauye | Richard | F |
| 2099 | Sakauye | Richard | |
| 2100 | Sakumoto | Kenichi | |
| 2101 | Sakurai | Zeke | H |
| 2102 | Salanoa, Sr. | Faatautau | |
| 2103 | Sales | Edwin | |
| 2104 | Salonoa | Faatautau | |
| 2105 | Salvador | Delfin | |
| 2106 | Samatua | Joe | |
| 2107 | Sampaga | Martin | B |
| 2108 | Sampaga | Martin | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2109 | Sampaio | George | S |
| 2110 | Sampaio | Raymond | S |
| 2111 | Sampaio | Raymond | |
| 2112 | Sampaio | Vivian | S |
| 2113 | Samson | Robert | B |
| 2114 | Samson, Sr. | Robert | B |
| 2115 | Samuels | Joseph | C |
| 2116 | Samuels | Joseph | |
| 2117 | Samura | Roy | K |
| 2118 | Sanchez | Abromium | |
| 2119 | Sanchez | Arcadio | |
| 2120 | Sanchez | Jaime | L |
| 2121 | Sanchez | Jaime | Lite |
| 2122 | Sanchez | Violet | |
| 2123 | Santiago | Bernardino | |
| 2124 | Santiago | Ernest | |
| 2125 | Santiago | Louis | R |
| 2126 | Santiago | Louis | |
| 2127 | Santiago, Jr. | Bernardino | A |
| 2128 | Santos | John | |
| 2129 | Sapaio | G | |
| 2130 | Sarita | Jrespolo | |
| 2131 | Sarita | Trespolo | A |
| 2132 | Sasabe | Hitoshi | |
| 2133 | Sasaki | T | |
| 2134 | Sasaki | Toshio | |
| 2135 | Sato | Hale | M |
| 2136 | Sato | Richard | H |
| 2137 | Sato | Samuel | |
| 2138 | Saumalu | L | |
| 2139 | Saumalu | Laita | A |
| 2140 | Savea | Leone | |
| 2141 | Sawai | Norman | N |
| 2142 | Sawai | Norman | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|---|---|---|---|
| 2143 | Sawatzky | Robert | P |
| 2144 | Sawyer | Antonia | B |
| 2145 | Sawyer | Stephen | Charles |
| 2146 | Schmidt | Leonard | |
| 2147 | Schoemaker | Andreas | J |
| 2148 | Scholtz | Stanley | T |
| 2149 | Sciwerath | Leo | B |
| 2150 | Sebresos | Leonard | L |
| 2151 | Sebresos | Leonard | |
| 2152 | Seiwerath | Leo | B |
| 2153 | Selfridge | Robert | F |
| 2154 | Serania | Herbert | L |
| 2155 | Sesepasara | Tulisa | |
| 2156 | Seto | Edward | Y |
| 2157 | Sevilla | Arturo | S |
| 2158 | Sexton | Isaac | B |
| 2159 | Sexton | Isaac | Barton |
| 2160 | Sharp | Charles | W |
| 2161 | Sharp | Charles | |
| 2162 | Sherman | Kendall | G |
| 2163 | Sherry | Edward | J |
| 2164 | Shibao | Tomishige | |
| 2165 | Shigemoto | Soichi | |
| 2166 | Shim | Richard | MT |
| 2167 | Shim | Richard | |
| 2168 | Shimabukuro | Hisao | |
| 2169 | Shimabukuro | Leslie | S |
| 2170 | Shimabukuro | Satoru | |
| 2171 | Shimabukuro | Saturo | |
| 2172 | Shimada | Harry | M |
| 2173 | Shimada | Harry | Masao |
| 2174 | Shimada | Norman | T |
| 2175 | Shimokawa | Benjamin | H |
| 2176 | Shimokawa | David | S |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2177 | Shimomura | Calvin | S |
| 2178 | Shimomura | Calvin | |
| 2179 | Shimote | Stanley | |
| 2180 | Shinsato | Masao | |
| 2181 | Shinsato | Richard | K |
| 2182 | Shinsato | Rosei | |
| 2183 | Shiroma | George | S |
| 2184 | Shishido | Frederick | |
| 2185 | Shishido | Frederick | A |
| 2186 | Shishido | Ralph | K |
| 2187 | Shishido | Ralph | |
| 2188 | Shitabata | Takio | |
| 2189 | Shoji | Edward | H |
| 2190 | Shook | Donald | G |
| 2191 | Siangco | Samuel | |
| 2192 | Siangco | Samuel | S |
| 2193 | Sibayan | Susano | |
| 2194 | Sibayan, Jr. | Susano | |
| 2195 | Silva | Abraham | |
| 2196 | Silva | Alexander | M |
| 2197 | Silva | Alexander | Manuel |
| 2198 | Silva | David | |
| 2199 | Silva | Herman | |
| 2200 | Silva | John | |
| 2201 | Silva | Joseph | G |
| 2202 | Silva | Libert | S |
| 2203 | Silva | Libert | |
| 2204 | Silva | William | A |
| 2205 | Silva | William | |
| 2206 | Silva, Jr. | Manuel | |
| 2207 | Silva, Jr. | Robert | L |
| 2208 | Simafranca | Michael | L |
| 2209 | Simafranca | Michael | |
| 2210 | Simeona, Sr. | Lynnboy | L |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - LIst of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2211 | Siu | Clarence | L |
| 2212 | Siu | Clarence | |
| 2213 | Siu | David | AS |
| 2214 | Smeigh | Dwight | W |
| 2215 | Smith | Clarence | K |
| 2216 | Smoot | Louis | L |
| 2217 | Sniffen | Stanley | K |
| 2218 | Soares | Herman | A |
| 2219 | Soares | Herman | |
| 2220 | Sodaria | Ted | L |
| 2221 | Sodaria | Theodore | L |
| 2222 | Somera | Alberto | C |
| 2223 | Song | Richard | YS |
| 2224 | Sonomura | Richard | H |
| 2225 | Sonomura | Richard | |
| 2226 | Soom | Thomas | Wilson |
| 2227 | Soon | Charles | KH |
| 2228 | Soon | Charles | |
| 2229 | Soon | Daniel | TK |
| 2230 | Soon, Jr. | Philip | HS |
| 2231 | Soon, Sr. | Thomas | W |
| 2232 | Souza | Albert | M |
| 2233 | Souza | Albert | |
| 2234 | Souza | Anthony | A |
| 2235 | Souza | Anthony | |
| 2236 | Souza | Antone | |
| 2237 | Souza | Franklin | O |
| 2238 | Souza | Franklin | |
| 2239 | Souza | Fred | I |
| 2240 | Souza | George | D |
| 2241 | Souza | George | L |
| 2242 | Souza | George | |
| 2243 | Souza | Harold | |
| 2244 | Souza | John | J |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2245 | Souza | Richard | M |
| 2246 | Souza | Thomas | A |
| 2247 | Spencer | Robert | |
| 2248 | Spencer | Robert | N |
| 2249 | Spencer | Samual | M |
| 2250 | Spencer | Samuel | |
| 2251 | Spong | Joseph | L |
| 2252 | Spotkaef | Nicholas | |
| 2253 | Steinhoff | Cecilia | R |
| 2254 | Steinhoff | Harold | B |
| 2255 | Steinhoff, Sr. | Harold | B |
| 2256 | Stender | Stanley | S |
| 2257 | Stender, Sr. | Robert | K |
| 2258 | Stender, Sr. | Stanley | |
| 2259 | Stilipec | Francis | |
| 2260 | Stiner | Theodore | J |
| 2261 | Storaasli | Christopher | |
| 2262 | Suarez | Romolo | L |
| 2263 | Suarez | Romolo | |
| 2264 | Sue | Robert | VF |
| 2265 | Sue | Robert | YF |
| 2266 | Suen | Harold | B |
| 2267 | Suen | Harold | KB |
| 2268 | Suguitan | John | |
| 2269 | Suliven | Martin | T |
| 2270 | Sullivan | Maurice | E |
| 2271 | Sumida | Raymond | H |
| 2272 | Sung | Hyung | S |
| 2273 | Sung | Kyung | Soo |
| 2274 | Suto | Wendel | Kiyoshi |
| 2275 | Suto | Wendell | K |
| 2276 | Suyama | Brian | F |
| 2277 | Suzukawa | Gerald | A |
| 2278 | Suzukawa | Gerald | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|------|-------------|--------------|----------|
| 2279 | Suzuki | Edwin | S |
| 2280 | Swinney | William | |
| 2281 | Sylvester | James | E |
| 2282 | Szlosek | John | |
| 2283 | Tabaco | Lawrence | |
| 2284 | Tabiola | Arnolfo | |
| 2285 | Tabiolo | Alejandro | |
| 2286 | Tabiolo | Arnolfo | T |
| 2287 | Tabiolo | Isabelo | T |
| 2288 | Tachera | Joseph | J |
| 2289 | Tacub | Manuel | |
| 2290 | Tago | Agaese | T |
| 2291 | Tai | Ben | P |
| 2292 | Tai | Ben | T |
| 2293 | Taison | Francisco | M |
| 2294 | Taito Jr | Tauaiga | |
| 2295 | Takabayashi | Kenji | |
| 2296 | Takaesu | Gene | Masanori |
| 2297 | Takahaohi | Hachiro | |
| 2298 | Takahashi | Carl | T |
| 2299 | Takahashi | Hachiro | |
| 2300 | Takahashi | Isamu | F |
| 2301 | Takahashi | Isamu | |
| 2302 | Takahashi | Walter | H |
| 2303 | Takahashi | Walter | |
| 2304 | Takahata | Theodore | S |
| 2305 | Takai | Robert | M |
| 2306 | Takamatsu | Kenneth | K |
| 2307 | Takamatsu | Kenneth | |
| 2308 | Takayama | Fred | A |
| 2309 | Takayama | Fred | |
| 2310 | Takayama | Kuichi | |
| 2311 | Takayesu | Kenneth | K |
| 2312 | Takayesu | Lawrence | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|---|---|---|---|
| 2313 | Takayesu | Yeichi | |
| 2314 | Takyesu | Kenneth | K |
| 2315 | Talmage | Richard | |
| 2316 | Tam | Clarence | S |
| 2317 | Tam | Rodger | KS |
| 2318 | Tamanaha | Roy | M |
| 2319 | Tamanaha | Roy | |
| 2320 | Tamane | Hideo | |
| 2321 | Tamano | Laurence | |
| 2322 | Tamashiro | Katsuichi | |
| 2323 | Tamayori | Yukio | D |
| 2324 | Tamayori | Yukio | |
| 2325 | Tamura | James | A |
| 2326 | Tamura | James | |
| 2327 | Tamura | Shoichi | |
| 2328 | Tan | Norman | |
| 2329 | Tan | Richard | YW |
| 2330 | Tanabe | Henry | |
| 2331 | Tanaka | Harold | H |
| 2332 | Tanaka | Harold | |
| 2333 | Tanaka | James | T |
| 2334 | Tanaka | Masami | |
| 2335 | Tanaka | Roy | S |
| 2336 | Tanaka | Roy | |
| 2337 | Tanega | Antonio | |
| 2338 | Tangjian | Emiliano | L |
| 2339 | Tanigawa | Yaeo | |
| 2340 | Taniguchi | Edward | T |
| 2341 | Taniguchi | Edward | |
| 2342 | Tanodra | Valentino | L |
| 2343 | Tanoue | Tsutomu | |
| 2344 | Tarumoto | Samuel | I |
| 2345 | Tarumoto | Samuel | |
| 2346 | Tauaiga | Taito | |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2347 | Taufaasau | Taelase | M |
| 2348 | Taula | Togaiava | G |
| 2349 | Tauvela | Eliapo | |
| 2350 | Taylor | James | C |
| 2351 | Taylor | Walter | H |
| 2352 | Taylor, Jr. | Edwin | B |
| 2353 | Teano | Donato | A |
| 2354 | Teano | Donato | |
| 2355 | Teijeiro | Joseph | |
| 2356 | Teixeira | Clarence | B |
| 2357 | Teixeira | Clarence | BND |
| 2358 | Teixeira | Francis | W |
| 2359 | Teixeira | John | |
| 2360 | Teixeira, Jr. | Francis | W |
| 2361 | Tengan | Katsutano | |
| 2362 | Teo | Filiaga | T |
| 2363 | Te'o | Filiaga | |
| 2364 | Terry | James | F |
| 2365 | Teves | Vernon | |
| 2366 | Teves, Sr. | Vernon | E |
| 2367 | Texeira | Rodney | S |
| 2368 | Texidor | Anthony | L |
| 2369 | Texidor | Anthony | Leroy |
| 2370 | Texidor | Ralph | S |
| 2371 | Thoemmes, Jr. | Walter | |
| 2372 | Thoemmesr | Walter | F |
| 2373 | Thomas | George | P |
| 2374 | Thomas | Herman | H |
| 2375 | Thompson | Mamianoa | |
| 2376 | Thompson | Maninoa | |
| 2377 | Thorp | Douglas | G |
| 2378 | Tigrett | Gordon | D |
| 2379 | Tkachenko | Bacilio | J |
| 2380 | Tkachenko | Bacilio | T |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2381 | Togiai | Siperini | |
| 2382 | Togiai | Sipernini | |
| 2383 | Tokumura | Takaji | |
| 2384 | Toledo | Rodolfo | R |
| 2385 | Tolentino | Melanio | A |
| 2386 | Tolentino | Wendall | S |
| 2387 | Tolentino | Wendell | S |
| 2388 | Tollefsen | Edward | K |
| 2389 | Toloumu | Simi | |
| 2390 | Toloumu | Ulutoa | |
| 2391 | Tom | Alfred | YH |
| 2392 | Tom | Frank | Lin Fong |
| 2393 | Tom | Franklin | LF |
| 2394 | Tom | Hing | Y |
| 2395 | Tom | Hing | Yee |
| 2396 | Tom | Joseph | KH |
| 2397 | Tom | Joseph | |
| 2398 | Tom | Keong | H |
| 2399 | Tom | Richard | TS |
| 2400 | Tom | Richard | YF |
| 2401 | Tom | Robert | LH |
| 2402 | Tom | Theodore | HK |
| 2403 | Tom | Thodore | |
| 2404 | Tomas | Acquillo | |
| 2405 | Tomas | Aquilio | |
| 2406 | Tomashiro | Katsuichi | |
| 2407 | Tomasu | Robert | M |
| 2408 | Tomei | Collins | |
| 2409 | Tomihara | Tsutomu | |
| 2410 | Toohey | Franklin | F |
| 2411 | Topolinski | John | |
| 2412 | Torio | Modesto | |
| 2413 | Torio | Modesto | B |
| 2414 | Toro | George | H |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|------------|-------------|---------|
| 2415 | Torres | Frank | C |
| 2416 | Torres | Franklin | C |
| 2417 | Torres | Henry | A |
| 2418 | Torres | Johnnie | C |
| 2419 | Torres | Manuel | D |
| 2420 | Towne | James | A |
| 2421 | Toy | Sing | G |
| 2422 | Toy | Sing Gock | |
| 2423 | Toyama | Benjamin | T |
| 2424 | Toyama | Benjamin | |
| 2425 | Toyama | Darryl | |
| 2426 | Toyama | Tokuo | |
| 2427 | Toyama | Tukuo | |
| 2428 | Toyomura | Susumu | |
| 2429 | Toyooka | Goichi | |
| 2430 | Tsuji | Keiji | |
| 2431 | Tsukamoto | Randy | I |
| 2432 | Tsukamoto | Randy | |
| 2433 | Tuaau | Tavita | S |
| 2434 | Tuia | John | |
| 2435 | Tujioka | Dennis | |
| 2436 | Tujiwara | Joji | |
| 2437 | Tupuola | Maika | |
| 2438 | Turner | Ralph | F |
| 2439 | Tutogi | Faamaoni | |
| 2440 | Tutogi, Sr. | Fa'amaoni | |
| 2441 | Tuumalo | Misitana | |
| 2442 | Uchida | Tsugio | |
| 2443 | Uchihara | Edward | T |
| 2444 | Uehara | Howard | |
| 2445 | Uesato | Thomas | T |
| 2446 | Uesato | Thomas | |
| 2447 | Uipunten | Senki | |
| 2448 | Umemoto | Robert | |

**Name of Debtor: Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2449 | Umiamaka | Jerry | K |
| 2450 | Umiamaka | Jerry | |
| 2451 | Underhill | William | H |
| 2452 | Ursal | Thomas | T |
| 2453 | Ursal | Thomas | T |
| 2454 | Uu | Ernest | K |
| 2455 | Uu | Ernest | |
| 2456 | Uyeunten | Senki | |
| 2457 | Vaefaga | Pinati | |
| 2458 | Valdez | Edward | D |
| 2459 | Valdez | Richard | S |
| 2460 | Valente | Clarence | |
| 2461 | Valente | Clarence | K |
| 2462 | Valente | Herbert | R |
| 2463 | Valentin | James | |
| 2464 | Valiente | Alfonso | A |
| 2465 | Valiente | Alphonso | A |
| 2466 | Vegas | Luciano | M |
| 2467 | Vegas | Luciano | |
| 2468 | Velasco | Bernardo | |
| 2469 | Velasco | David | |
| 2470 | Vellalos | Maito | |
| 2471 | Vellalos | Marcelino | |
| 2472 | Vellalos | Matio | |
| 2473 | Velles | Julio | J |
| 2474 | Vendiola | Marcelo | |
| 2475 | Ventula | Erdworth | S |
| 2476 | Ventula | Erdworth | |
| 2477 | Vera Cruz | Jose | M |
| 2478 | Vera Cruz, Sr. | Jose | M |
| 2479 | Vertido | Segundo | |
| 2480 | Vertido, Jr. | Segundo | |
| 2481 | Vidad | Felix | |
| 2482 | Viena | Robert | F |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|-------------|-------------|--------|
| 2483 | Viena | Robert | |
| 2484 | Vierra | Albert | |
| 2485 | Vierra | Anthony | E |
| 2486 | Vierra | Howard | A |
| 2487 | Vierra | Joseph | |
| 2488 | Vierra | Wallace | P |
| 2489 | Villa | Jay | |
| 2490 | Villanueva | Abelardo | |
| 2491 | Villanueva | David | |
| 2492 | Villanueva | Robert | |
| 2493 | Villiatora | Mechiro | |
| 2494 | Villiatora | Melchiro | |
| 2495 | Vincent | Louis | |
| 2496 | Virtudes | Pedro | P |
| 2497 | Volhein, Sr. | Charles | A |
| 2498 | Von | Arthur | F |
| 2499 | Von | Arthur | Fah Hee |
| 2500 | Von | Daniel | FS |
| 2501 | Von | Daniel | |
| 2502 | Wagner, Jr. | Henry | G |
| 2503 | Wago | James | T |
| 2504 | Walden | William | A |
| 2505 | Wallace | John | A |
| 2506 | Walley | Paul | C |
| 2507 | Walley | Paul | |
| 2508 | Walston | Clifton | Z |
| 2509 | Walston, Jr. | Clifton | Z |
| 2510 | Ward, Sr. | Howard | |
| 2511 | Washiashi | Chester | K |
| 2512 | Wassman, Jr. | Stanley | |
| 2513 | Watanabe | Aileen | Y |
| 2514 | Watanabe | Harold | M |
| 2515 | Watanabe | Katsutoshi | |
| 2516 | Watanabe | Thomas | T |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|------|--------------|-------------|--------|
| 2517 | Watanake | Harold | |
| 2518 | Watanake | Katsutoshi | |
| 2519 | Wells | Charly | L |
| 2520 | Wells | Charly | L |
| 2521 | Wells | Thomas | R |
| 2522 | Wheaton | Henry | |
| 2523 | Wheaton, Sr. | Henry | M |
| 2524 | Whitaker | Richard | H. |
| 2525 | Whittaker | Robert | E |
| 2526 | Wilcox | Edward | |
| 2527 | Williams | Alexander | W |
| 2528 | Williams | Felton | K |
| 2529 | Williams, Sr. | Gerard | |
| 2530 | Willis | Earl | |
| 2531 | Wills | Cornelius | L |
| 2532 | Wilson | Gary | |
| 2533 | Wilson | Joseph | R |
| 2534 | Wilson | Norman | L |
| 2535 | Wilson, Jr. | Arthur | B |
| 2536 | Wilson, Jr. | Arthur | |
| 2537 | Wilson, Jr. | William | E |
| 2538 | Wojtowicz | Thomas | J |
| 2539 | Won | Robert | CS |
| 2540 | Won | Robert | |
| 2541 | Wong | Alfred | YK |
| 2542 | Wong | Alfred | |
| 2543 | Wong | Charles | WC |
| 2544 | Wong | Edward | E |
| 2545 | Wong | Edward | F |
| 2546 | Wong | Edward | FC |
| 2547 | Wong | Edward | KY |
| 2548 | Wong | FC | |
| 2549 | Wong | Francis | H |
| 2550 | Wong | Franklin | KS |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2551 | Wong | Franklin | |
| 2552 | Wong | Henry | YI |
| 2553 | Wong | Henry | |
| 2554 | Wong | John | KS |
| 2555 | Wong | John | |
| 2556 | Wong | Kwai | T |
| 2557 | Wong | Lawrence | M |
| 2558 | Wong | Richard | Y |
| 2559 | Wong | Richard | |
| 2560 | Wong | Stanley | L |
| 2561 | Wong | Stanley | |
| 2562 | Wong | Sung | |
| 2563 | Wong | Sung Ling | |
| 2564 | Wong | Won | J |
| 2565 | Wong | Won Joe | |
| 2566 | Wong-Leong | Stephen | |
| 2567 | Wood | Clarence | C |
| 2568 | Wright | George | K |
| 2569 | Wright | George | |
| 2570 | Wyse | Richard | |
| 2571 | Wytosky | Jim | |
| 2572 | Yago | Antonio | Y |
| 2573 | Yago | Antonio | |
| 2574 | Yahiku | Ronald | T |
| 2575 | Yamachika | Roddy | M |
| 2576 | Yamada | Masashi | |
| 2577 | Yamagata | Yukio | |
| 2578 | Yamaguchi | Elmo | |
| 2579 | Yamaguchi | Jack | J |
| 2580 | Yamaguchi | Minoru | |
| 2581 | Yamamoto | George | H |
| 2582 | Yamamoto | Susumu | |
| 2583 | Yamamoto | Toshio | |
| 2584 | Yamaoka | Masakazu | |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2585 | Yamaquchi | Minoru | |
| 2586 | Yamasaki | Masa | |
| 2587 | Yamasaki | Mason | |
| 2588 | Yamashina | Rikio | |
| 2589 | Yamashiro | Richard | S |
| 2590 | Yamauchi | Chester | T |
| 2591 | Yamauchi | Chester | |
| 2592 | Yanagisako | Arthur | |
| 2593 | Yanehiro | Ronald | K |
| 2594 | Yanehiro | Ronald | |
| 2595 | Yap | Jacob | TF |
| 2596 | Yap | Jacob | TP |
| 2597 | Yap | Joseph | |
| 2598 | Yap | Sam | |
| 2599 | Yasue | Mito | |
| 2600 | Yasue | Mitsuo | |
| 2601 | Yatomi | Jack | N |
| 2602 | Yatomi | Nobutoshi | |
| 2603 | Yatsu | Henry | H |
| 2604 | Yatsu | Henry | |
| 2605 | Yee | Francis | YO |
| 2606 | Yee | Francis | |
| 2607 | Yee | James | KF |
| 2608 | Yee | James | KL |
| 2609 | Yee | Lin Hop | |
| 2610 | Yee | Richard | CS |
| 2611 | Yee | Richard | |
| 2612 | Yee | Walton | DC |
| 2613 | Ygnacio | David | R |
| 2614 | Yocom, Sr. | James | E |
| 2615 | Yoichioaki | Paul | H |
| 2616 | Yoichisako | Paul | M |
| 2617 | Yokotake | David | Y |
| 2618 | Yonamine | Raymond | M |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|---|---|---|---|
| 2619 | Yonamine | Richard | I |
| 2620 | Yonamine | Richard | |
| 2621 | Yonashiro | Daniel | K |
| 2622 | Yonashiro | Hiroshi | |
| 2623 | Yonekawa | Charles | S |
| 2624 | Yoon | Samuel | SS |
| 2625 | York | Robert | C |
| 2626 | Yoro | Jose | D |
| 2627 | Yorong, Sr. | Julian | |
| 2628 | Yoshihara | Yoshika | |
| 2629 | Yoshika | Takashi | |
| 2630 | Yoshika | Yoshiharu | |
| 2631 | Yoshimura | Jerry | |
| 2632 | Yoshioka | Richard | T |
| 2633 | You | Melvin | W |
| 2634 | Young | Ah Moi | C |
| 2635 | Young | Ah Wai | |
| 2636 | Young | Ahmoi | |
| 2637 | Young | Ahwai | |
| 2638 | Young | Alexander | |
| 2639 | Young | Charles | SH |
| 2640 | Young | Charles | |
| 2641 | Young | Clemens | |
| 2642 | Young | Edwin | K |
| 2643 | Young | Francis | |
| 2644 | Young | George | HW |
| 2645 | Young | Henry | QS |
| 2646 | Young | Henry | SM |
| 2647 | Young | Henry | TS |
| 2648 | Young | Herbert | S |
| 2649 | Young | Herbert | SW |
| 2650 | Young | Jeu | H |
| 2651 | Young | Jeu How | |
| 2652 | Young | John | W |

Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb
Proof of Claim - List of Claimants

| No. | Last Name | First Name | Middle |
|-----|-----------|------------|--------|
| 2653 | Young | Joseph | KL |
| 2654 | Young | Joseph | |
| 2655 | Young | Kong | K |
| 2656 | Young | Kong Kum | |
| 2657 | Young | Lawrence | |
| 2658 | Young | Pui On | |
| 2659 | Young | Ronald | K |
| 2660 | Young | Stanley | KF |
| 2661 | Young | Thomas | AS |
| 2662 | Young | Thomas | |
| 2663 | Young | Tuck | Y |
| 2664 | Young | Tuck Kee | |
| 2665 | Young | Vernon | KL |
| 2666 | Young, Jr. | Clemens | |
| 2667 | Young, Sr. | Bruce | AWH |
| 2668 | Young, Sr. | Ronald | K |
| 2669 | Yuen | Ah Kai | |
| 2670 | Yuen | Happy | |
| 2671 | Yuen | Harold | AK |
| 2672 | Yuen | Randall | |
| 2673 | Yuen | Randall | KKY |
| 2674 | Yuen | Walter | DW |
| 2675 | Yuen | Walter | K |
| 2676 | Yurong | Roland | |
| 2677 | Yurong, Sr. | Ronald | LS |
| 2678 | Zablan | Kenneth | F |
| 2679 | Zane | Daniel | DY |
| 2680 | Zane | Edward | KIM |
| 2681 | Zane | Edward | KO |
| 2682 | Zane | Henry | JR |
| 2683 | Zane | Henry | K |
| 2684 | Zane | Howard | YF |
| 2685 | Zane | Kenneth | |
| 2686 | Ziemlak | Stanley | F |

**Name of Debtor:  Arter and Hadden; Case Number 03-23293-rb**
**Proof of Claim - List of Claimants**

| No. | Last Name | First Name | Middle |
|-----|-----------|-----------|--------|
| 2687 | Zinkie | Frank | M |