Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

GARY O. GALIHER               2008
L. RICHARD DeROBERTIS         3179
JEFFREY T. ONO                2763
610 Ward Avenue, Suite 200
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400
Facsimile:  (808) 591-2608

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: | ) | CASE NOS. CV03-00325 REJ LEK |
| HAWAII FEDERAL ASBESTOS | ) | CV03-00326 REJ KSC |
| CASES | ) | |
| | ) | |
| LORENZO BACLAAN and NAOMI | ) | |
| BACLAAN, et al., | ) | MOTION TO DELETE FORMER |
| | ) | PLAINTIFFS' COUNSEL DEREK S. |
| Plaintiffs, | ) | NAKAMURA AND ANTHONY |
| | ) | TAKATANI FROM THE SERVICE |
| vs. | ) | LIST AND REFLECT NEW NAME |
| | ) | OF PLAINTIFFS COUNSEL LAW |
| COMBUSTION ENGINEERING, | ) | FIRM; DECLARATION OF |
| INC., a Delaware corporation; et al., | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendants. | ) | |
| IN RE: | ) | |
| HAWAII FEDERAL ASBESTOS | ) | |
| CASES | ) | |
| | ) | |
| GEORGE H. TORO and VIVIAN | ) | |
| TORO, et al., | ) | |
| | ) | |

|                                          |     |
|------------------------------------------|-----|
| Plaintiffs,                              | )   |
|                                          | )   |
| vs.                                      | )   |
|                                          | )   |
| COMBUSTION ENGINEERING,                  | )   |
| INC., a Delaware corporation, et al.,    | )   |
|                                          | )   |
| Defendants.                              | )   |
| _____    | )   |

D:\00862A70\pleading\Baclaan\beh01motion.doc


## MOTION TO DELETE FORMER PLAINTIFFS' COUNSEL DEREK S. NAKAMURA AND ANTHONY TAKATANI FROM THE SERVICE LIST AND REFLECT NEW NAME OF PLAINTIFFS COUNSEL LAW FIRM

Plaintiffs hereby move this Honorable Court to have the Certificate of Service in the Notice of Electronic Filing to reflect the new name of the Plaintiffs' counsel law firm, to wit: Galiher DeRobertis Ono, Law Corporations rather than the former name (Galiher DeRobertis Nakamura Ono Takatani, Law Corporations) and to delete Derek S. Nakamura and Anthony Takatani from the service list, including the Court's electronic service list (CM/ECF). This motion is pursuant to Local Rule 83.6(b) and is based on the Declaration of Counsel attached hereto as Exhibit A.

DATED: Honolulu, Hawaii, March 15, 2006.


_____/s/ L. Richard DeRobertis_____
GARY O. GALIHER
L. RICHARD DeROBERTIS
JEFFREY T. ONO
Attorneys for Plaintiffs