IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: | ) | CASE NOS. CV03-00325 REJ LEK |
| HAWAII FEDERAL ASBESTOS CASES | ) | CV03-00326 REJ KSC |
| | ) | |
| LORENZO BACLAAN and NAOMI BACLAAN, et al., | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMBUSTION ENGINEERING, INC., a Delaware corporation; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| IN RE: | ) | |
| HAWAII FEDERAL ASBESTOS CASES | ) | |
| | ) | |
| GEORGE H. TORO and VIVIAN TORO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMBUSTION ENGINEERING, INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF on March 15, 2006:

Theodore D.C. Young
tyoung@cades.com

Leighton M. Hara
lhara@robbinsandassociates.net

Wendy M. Yamamoto
wyamamoto@robbinsandassociates.net

Served by First Class Mail on March 15, 2006:

Jeffrey S. Portnoy
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Andrew T. Frankel
Barry R. Ostrager
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Chet A. Kronenberg
Deborah L. Stein
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067-4607

Kenneth S. Robbins
Charla J. Ota
Robbins & Associates
841 Bishop Street, Suite 2200
Honolulu, HI 96813

Robert S. Bernstein
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Thomas D. Thomas
Law Office of Thomas D. Thomas
3100 Donald Douglas Loop N, Suite 30-5
Santa Monica, CA 90405

Peter C.P. Char
Char Hamilton Campbell & Thom
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2100
Honolulu, HI 96813

Anthony P. Takitani
Attorney at Law
Wailuku Executive Center
24 N. Church Street, Suite 409
Wailuku, HI 96793

Derek S. Nakamura
Attorney at Law
c/o King Nakamura & Chun Hoon
220 S. King Street, Suite 980
Honolulu, HI 96813

DATED:  Honolulu, Hawaii, March 15, 2006.

/s/ L. Richard DeRobertis
L. RICHARD DeROBERTIS
Attorneys for Plaintiffs

3