IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV03-00325 REJ LEK |
| HAWAII STATE ASBESTOS ) | |
| CASES ) | DECLARATION OF LEIGHTON M. |
| ) | HARA |
| LORENZO BACLAAN and NAOMI ) | |
| BACLAAN; ) | |
| ) | |
| ELEANOR C. BENEDICT, ) | |
| individually and as Special ) | |
| Administrator of the Estate of ) | |
| FRANCIS BENEDICT, deceased; ) | |
| ) | |
| PETER M.Y. KIM and LIDA MAE ) | |
| KIM; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| 1) COMBUSTION ENGINEERING, ) | |
| INC., a Delaware corporation; ) | |
| ) | |
| 2) ABB, LTD., a foreign corporation, as ) | |
| Successor-in-Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |
| ) | |
| 3) ASEA BROWN BOVERI, LTD., a ) | |
| foreign corporation, as Successor-in- ) | |
| Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |
| ) | |
| 4) ASEA BROWN BOVERI, INC., a ) | |
| Delaware corporation, as Successor-in- ) | |

| | |
|---|---|
| Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; | ) )  ) ) |
| 5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation; | ) ) ) |
| 6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; | ) ) ) |
| 7) ARTER & HADDEN, LLP; | ) ) |
| 8) ROBERT B. PRESTON, an individual; | ) ) ) |
| 9) FRANK T. CHRISTENSON, an individual; | ) ) ) |
| 10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation; | ) ) ) ) |
| 11) JOHN P. BRETT, an individual; | ) ) |
| 12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation; | ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF LEIGHTON M. HARA

I, LEIGHTON M. HARA, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated therein.

3. I am one of the attorneys for Defendant ROBERT B. PRESTON, an individual, and Specially Appearing Defendant ARTER & HADDEN ("collectively referred to herein as Defendants").

4. On March 20, 2006, I transmitted the reservation of rights letters from the Insurer for Arter & Hadden and Robert Preston to Plaintiffs' counsel, L. Richard DeRobertis, Esq.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, _____MAR 22 2006_____.

LEIGHTON M. HARA

Civil No. CV03-00325 REJ LEK; Baclaan, et al. v. Combustion Engineering, Inc., et al.; DECLARATION OF LEIGHTON M. HARA