IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV03-00325 REJ LEK |
| HAWAII STATE ASBESTOS ) | |
| CASES ) | CERTIFICATE OF SERVICE |
| ) | |
| LORENZO BACLAAN and NAOMI ) | |
| BACLAAN; ) | |
| ) | |
| ELEANOR C. BENEDICT, ) | |
| individually and as Special ) | |
| Administrator of the Estate of ) | |
| FRANCIS BENEDICT, deceased; ) | |
| ) | |
| PETER M.Y. KIM and LIDA MAE ) | |
| KIM; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| 1) COMBUSTION ENGINEERING, ) | |
| INC., a Delaware corporation; ) | |
| ) | |
| 2) ABB, LTD., a foreign corporation, as ) | |
| Successor-in-Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |
| ) | |
| 3) ASEA BROWN BOVERI, LTD., a ) | |
| foreign corporation, as Successor-in- ) | |
| Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |
| ) | |
| 4) ASEA BROWN BOVERI, INC., a ) | |

Delaware corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; )
)
)
)
)
)
5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation; )
)
)
6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; )
)
)
7) ARTER & HADDEN, LLP; )
)
8) ROBERT B. PRESTON, an individual; )
)
)
9) FRANK T. CHRISTENSON, an individual; )
)
)
10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation; )
)
)
)
11) JOHN P. BRETT, an individual; )
)
12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation; )
)
)
)
          Defendants. )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| L. RICHARD DeROBERTIS, ESQ. <br> rd@gogaliher.com | March 22, 2006 |
| JEFFREY T. ONO, ESQ. <br> jto@gogaliher.com | March 22, 2006 |
| THEODORE D.C. YOUNG, ESQ. <br> tyoung@cades.com | March 22, 2006 |

Served by First Class Mail:

| | |
|---|---|
| JEFFREY S. PORTNOY, ESQ. <br> Cades Schutte <br> 1000 Bishop Street, Suite 1200 <br> Honolulu, Hawaii 96813 | March 22, 2006 |
| CHET A. KRONENBERG, ESQ. <br> DEBORAH L. STEIN, ESQ. <br> Simpson Thacher & Bartlett LLP <br> 1999 Avenue of the Stars, 29th Floor <br> Los Angeles, California 90067-4607 | March 22, 2006 |
| BARRY R. OSTRAGER, ESQ. <br> ANDREW T. FRANKEL, ESQ. <br> Simpson Thacher & Bartlett LLP <br> 425 Lexington Avenue <br> New York, New York 10017-3954 | March 22, 2006 |

DATED: Honolulu, Hawaii, March 22, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendant
ROBERT B. PRESTON, AN INDIVIDUAL
and

Specially Appearing for
Defendant ARTER & HADDEN, LLP

Civil No. CV03-00325 REJ LEK; Baclaan, et al. v. Combustion Engineering, Inc., et al.; CERTIFICATE OF SERVICE (RE: DEFENDANT ROBERT B. PRESTON, AN INDIVIDUAL'S, AND ARTER & HADDEN'S CONDITIONAL STATEMENT OF NO POSITION REGARDING PLAINTIFFS' MOTION TO (1) APPROVE ENTERING INTO STIPULATION WITH TRUSTEE IN THE ARTER & HADDEN LLP CHAPTER 7 BANKRUPTCY, AND (2) ISSUE AN ORDER TO SHOW CAUSE TO THE "MINIDOM INSURERS", FILED FEBRUARY 10, 2006)