ORIGINAL

Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| L. RICHARD DeROBERTIS | 3179 |
| JEFFREY T. ONO | 2763 |

610 Ward Avenue, Second Floor
Honolulu, Hawaii 96814-3308
Telephone: (808) 597-1400
Facsimile: (808) 591-2608

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 16 2007

at 2 o'clock 08 min
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>LORENZO BACLAAN and NAOMI BACLAAN, et al.,<br><br>Plaintiffs,<br>vs.<br><br>COMBUSTION ENGINEERING, INC., a Delaware corporation, et al.,<br><br>Defendants.<br><br>IN RE:<br>HAWAII FEDERAL ASBESTOS CASES<br><br>GEORGE H. TORO and VIVIAN TORO, et al., | CASE NO. CV03-00325 REJ LEK<br>CV03-00326 REJ KSC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE ENTERING INTO STIPULATION WITH TRUSTEE IN THE ARTER & HADDEN LLP CHAPTER 7 BANKRUPTCY AND GRANTING PERMISSION FOR PLAINTIFFS TO SIGN THE STIPULATION RE INSURANCE COVERAGE FOR ARTER & HADDEN LLP |

|                                      |   |
|--------------------------------------|---|
|       Plaintiffs, | ) |
| vs.                                  | ) |
|                                      | ) |
| COMBUSTION ENGINEERING, INC.,        | ) |
| a Delaware corporation, et al.,      | ) |
|                                      | ) |
|       Defendants. | ) |

D:\0862A70\pleading\Baclaan\ct ord re mtn apprv stip arter 11.3.06.doc

## ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE ENTERING INTO STIPULATION WITH TRUSTEE IN THE ARTER & HADDEN LLP CHAPTER 7 BANKRUPTCY AND GRANTING PERMISSION FOR PLAINTIFFS TO SIGN THE STIPULATION RE INSURANCE COVERAGE FOR ARTER & HADDEN LLP

Plaintiffs have filed a Motion to (1) Approve Entering Into Stipulation With Trustee In The Arter & Hadden LLP Chapter 7 Bankruptcy and (2) Issue an Order to Show Cause to the "Minidom Insurers." This Court received no opposition to said motion other than a Conditional Statement of No Position from Defendant Robert P. Preston, an individual, and Arter & Hadden. A status conference was held in the chambers of this Court on April 27, 2006 in which it was discussed that a stipulation regarding insurance coverage would render moot the second portion of Plaintiffs' motion regarding the order to show cause to the Minidom Insurers. The various parties (specifically Plaintiffs, the attorney for the Trustee in the Arter & Hadden LLP Chapter 7 bankruptcy, the attorney for Robert P. Preston, and the attorney for the Minidom carriers) have agreed to a stipulation and this Court grants Plaintiffs' counsel permission to enter this Stipulation and

once it is signed by Plaintiffs' Counsel, the Insurance Coverage Stipulation and Order will be entered by this Court.

With respect to the first part of Plaintiffs' motion to approve entering into the stipulation with Trustee in the Arter & Hadden bankruptcy, a true and correct copy of said Stipulation having been attached as Exhibit A to Plaintiffs' moving papers, this Court grants Plaintiffs permission to enter into said Stipulation which will lift the bankruptcy stay against Defendant Arter & Hadden once it is approved and entered by the Bankruptcy Court.

DATED: Dec 20, 2006

_____
UNITED STATES DISTRICT JUDGE

3