ORIGINAL

Of Counsel:
GALIHER DeROBERTIS ONO
Law Corporations

GARY O. GALIHER            2008
L. RICHARD DeROBERTIS      3179
JEFFREY T. ONO        2763
DIANE T. ONO          5590
610 Ward Avenue, Second Floor
Honolulu, Hawaiʻi 96814-3308
Telephone: (808) 597-1400

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 6 2007

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>HAWAII STATE ASBESTOS<br>CASES<br><br><br>LORENZO BACLAAN and<br>NAOMI BACLAAN;<br><br>ELEANOR C. BENEDICT,<br>Individually and as Special<br>Administrator of the Estate of<br>FRANCIS BENEDICT, deceased;<br><br>PETER M.Y. KIM and LIDA MAE<br>KIM;<br><br>              Plaintiffs,<br><br>    v. | CIVIL NO. 03-00325 REJ LEK<br><br>STIPULATION RE: INSURANCE<br>COVERAGE FOR ARTER &<br>HADDEN, LLP AND ORDER<br><br><br>Trial:   Not Yet Scheduled<br>Judge:  Robert E. Jones<br>          Chief U.S. District Judge |

1) COMBUSTION ENGINEERING,
INC., a Delaware corporation;                     )
                                                  )
2) ABB, LTD., a foreign corporation,              )
as Successor-in-Interest to                       )
COMBUSTION ENGINEERING,                           )
INC., a Delaware corporation;                     )
                                                  )
3) ASEA BROWN BOVERI, LTD.,                       )
a foreign corporation, as Successor-              )
in-Interest to COMBUSTION                         )
ENGINEERING, INC., a Delaware                     )
corporation;                                      )
                                                  )
4) ASEA BROWN BOVERI, INC.,                       )
a Delaware corporation, as Successor-             )
in-Interest to COMBUSTION                         )
ENGINEERING, INC., a Delaware                     )
corporation;                                      )
                                                  )
5) TRAVELERS INSURANCE                            )
COMPANY, a Connecticut                            )
corporation;                                      )
                                                  )
6) TRAVELERS INDEMNITY                            )
COMPANY, a Connecticut                            )
corporation;                                      )
                                                  )
7) ARTER & HADDEN, LLP;                           )
                                                  )
8) ROBERT B. PRESTON, an                          )
individual;                                       )
                                                  )
9) FRANK T. CHRISTENSON, an                       )
individual;                                       )
                                                  )
10) CONNECTICUT VALLEY                            )
CLAIMS SERVICES COMPANY,                          )
INC., a Delaware corporation;                     )

11) JOHN P. BRETT, an individual;    )
                                     )
                                     )
12) CHAR HAMILTON                    )
CAMPBELL & THOM, Attorneys At        )
Law, A Law Corporation;              )
                                     )
                                     )
            Defendants.              )
_____)

## STIPULATION RE: INSURANCE
## COVERAGE FOR ARTER & HADDEN, LLP

IT IS HEREBY STIPULATED by and among Plaintiffs, Defendants

Arter & Hadden, LLP, Marc Gertz, in his capacity as Trustee for Arter & Hadden,

LLP, in the Ohio Bankruptcy action, and the "Minidom" Insurers: Columbia

Casualty Company, Nutmeg Insurance Company, and St. Paul Surplus Lines

Insurance Company, by and through their respective counsel, that the applicable

Insurance Policy 1015-00 issued by the Minidom Insurers dated January 9, 2001

(Minidom Policy No. 1015-00) to Arter & Hadden, LLP as an insured, is the policy

applicable to the federal asbestos actions entitled Baclaan v. Combustion

Engineering, Inc., et al., CV 03-00325 REJ LEK, and Toro v. Combustion

Engineering, Inc., et al., CV 03-00326 REJ KSC.

The parties to this stipulation further agree that Mendes & Mount sent

the following letters: 1) from Mendes & Mount to Frank LaManna, Esq., on behalf

of Arter Hadden, LLP dated July 25, 2003, 2) from Mendes & Mount to Robert

-3-

Preston, Esq. dated January 27, 2006, and 3) from Mendes & Mount to Robert Bernstein, Esq., dated March 15, 2006.

Furthermore, by entering into said stipulation, the parties to this stipulation reserve all rights and remedies available to them by law and are not waiving their respective positions on coverage. Any party to the instant stipulation can petition the court at any time to issue a further ruling on applicable coverage under Minidom Policy No. 1015-00.

DATED: Honolulu, Hawai‘i, _____.


GARY O. GALIHER
L. RICHARD DeROBERTIS
JEFFREY T. ONO
Attorneys for Plaintiffs


DATED: Pittsburg, Pennsylvania, _October 2), 2006_____.



ROBERT S. BERNSTEIN

Special Counsel for Arter & Hadden, LLP,
Ohio Bankruptcy Trustee, Marc Gertz, Esq.


-4-

DATED: _____, Ohio, _____.


_____

ROBERT B. PRESTON
Defendant


DATED:  New York, New York,  September 19, 2006        .


_____

ANTHONY P. SPAIN
MICHELLE MAURO BARTHEL

Counsel for "Minidom" Insurers: Columbia
Casualty Company, Nutmeg Insurance
Company, and St. Paul Surplus Lines
Insurance Company


APPROVED AS TO FORM ONLY:


_____

KENNETH S. ROBBINS
CLARISSA Y. MALINAO

Attorneys for Defendant
ROBERT B. PRESTON, an individual and
Specially Appearing for
Defendant ARTER & HADDEN, LLP

-5-

APPROVED AND SO ORDERED:


_____
THE HONORABLE ROBERT E. JONES


Civil No. CV 03-00325 REJ LEK, Baclaan, et al., v. Combustion Engineering, Inc., et al.; STIPULATION RE: INSURANCE COVERAGE FOR ARTER & HADDEN, LLP AND ORDER