suggestion of death (preston)

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER   8541-0
SERGIO RUFO                       8211-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
E-mail:  defend@robbinsandassociates.net

Attorneys for Defendant
ROBERT B. PRESTON, an individual,
and Specially Appearing for Defendant
ARTER & HADDEN, LLP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV 03-00325 REJ LEK |
| HAWAII STATE ASBESTOS ) | |
| CASES ) | |
| ) | SUGGESTION OF DEATH UPON |
| LORENZO BACLAAN and NAOMI ) | THE RECORD PURSUANT TO |
| BACLAAN; ) | FEDERAL RULES OF CIVIL |
| ) | PROCEDURE, RULE 25(a); |
| ELEANOR C. BENEDICT, ) | CERTIFICATE OF SERVICE |
| individually and as Special ) | |
| Administrator of the Estate of ) | |
| FRANCIS BENEDICT, deceased; ) | |
| ) | |
| PETER M.Y. KIM and LIDA MAE KIM; ) | TRIAL: NOT YET SCHEDULED |
| ) | JUDGE: ROBERT E. JONES |
|           Plaintiffs, ) |      Chief U.S. District Judge |

)
        v.        )
)
1) COMBUSTION ENGINEERING, INC., a Delaware corporation;   )
)
2) ABB, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation;   )
)
3) ASEA BROWN BOVERI, LTD., a foreign corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation;   )
)
4) ASEA BROWN BOVERI, INC., a Delaware corporation, as Successor-in-Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation;   )
)
5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation;   )
)
6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation;   )
)
7) ARTER & HADDEN, LLP;   )
)
8) ROBERT B. PRESTON, an individual;   )
)
9) FRANK T. CHRISTENSON, an individual;   )
)
10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation;   )

|   |   |
|---|---|
| 11) JOHN P. BRETT, an individual; | ) ) ) |
| 12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation; | ) ) ) ) |
| Defendants. | ) ) ) |

### SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 25(a)

COMES NOW Defendant ROBERT B. PRESTON, an individual, by and through his attorneys, Robbins & Associates, and suggests upon the record pursuant to Federal Rules of Civil Procedure, Rule 25(a), the death of ROBERT B. PRESTON, defendant, during the pendency of this action.

DATED: Honolulu, Hawaii, June 25, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendant ROBERT B.
PRESTON, an individual,
and Specially Appearing for Defendant
ARTER & HADDEN, LLP