COS sugg death

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ) | CIVIL NO. CV03-00325 REJ LEK |
| HAWAII STATE ASBESTOS ) | |
| CASES ) | CERTIFICATE OF SERVICE |
| ) | |
| LORENZO BACLAAN and NAOMI ) | |
| BACLAAN; ) | |
| ) | |
| ELEANOR C. BENEDICT, ) | |
| individually and as Special ) | |
| Administrator of the Estate of ) | |
| FRANCIS BENEDICT, deceased; ) | |
| ) | |
| PETER M.Y. KIM and LIDA MAE KIM; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| 1) COMBUSTION ENGINEERING, ) | |
| INC., a Delaware corporation; ) | |
| ) | |
| 2) ABB, LTD., a foreign corporation, as ) | |
| Successor-in-Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |
| ) | |
| 3) ASEA BROWN BOVERI, LTD., a ) | |
| foreign corporation, as Successor-in- ) | |
| Interest to COMBUSTION ) | |
| ENGINEERING, INC., a Delaware ) | |
| corporation; ) | |
| ) | |
| 4) ASEA BROWN BOVERI, INC., a ) | |
| Delaware corporation, as Successor-in- ) | |

Interest to COMBUSTION ENGINEERING, INC., a Delaware corporation; )

5) TRAVELERS INSURANCE COMPANY, a Connecticut corporation; )

6) TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; )

7) ARTER & HADDEN, LLP; )

8) ROBERT B. PRESTON, an individual; )

9) FRANK T. CHRISTENSON, an individual; )

10) CONNECTICUT VALLEY CLAIMS SERVICES COMPANY, INC., a Delaware corporation; )

11) JOHN P. BRETT, an individual; )

12) CHAR HAMILTON CAMPBELL & THOM, Attorneys At Law, A Law Corporation; )

                Defendants. )
_____ )

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| L. RICHARD DeROBERTIS, ESQ.<br>rd@gogaliher.com | June 25, 2007 |
| THEODORE D. C. YOUNG, ESQ.<br>tyoung@cades.com | June 25, 2007 |

Served by First Class Mail:

| | |
|---|---|
| GARY O. GALIHER, ESQ.<br>Galiher DeRobertis Ono<br>610 Ward Avenue, Suite 200<br>Honolulu, Hawaii  96814-3308 | June 25, 2007 |
| CHET A. KRONENBERG, ESQ.<br>DEBORAH L. STEIN, ESQ.<br>Simpson Thacher & Bartlett LLP<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California 90067-4607 | June 25, 2007 |
| BARRY R. OSTRAGER, ESQ.<br>ANDREW T. FRANKEL, ESQ.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954 | June 25, 2007 |
| JEFFREY S. PORTNOY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, 12th Floor<br>Honolulu, Hawaii  96813-4216 | June 25, 2007 |

DATED:  Honolulu, Hawaii, June 25, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendant
ROBERT B. PRESTON, an individual,
and Specially Appearing for Defendant
ARTER & HADDEN, LLP

Civil No. CV03-00325 REJ LEK; <u>Baclaan, et al. v. Combustion Engineering, Inc., et al.</u>; CERTIFICATE OF SERVICE (RE: SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 25(a))